estranged wife, who was accompanied by Deputy McGaskey (at Sheriff Jones' direction) and two other officers pursuant to a state court order.

This court reviews Rule 11 sanctions for abuse of discretion. *Mercury Air Group, Inc. v. Mansour,* 237 F.3d 542, 548 (5th Cir.2001). Neither Sheriff Jones nor Deputy McGaskey searched the home, and neither seized any items from the home. Todd failed to provide citation to any relevant case law suggesting that Sheriff Jones or Deputy McGaskey violated his Fourth Amendment rights. Thus, we find no abuse of discretion in the district court's decision to award attorneys' fees pursuant to Rule 11. *See* Fed. R. Civ. P. 11(c)(2). Accordingly, the judgment of the district court is affirmed.

AFFIRMED.

Mitchel Neurock, US Attorney's Office, Laredo, TX, James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

*ON PETITION FOR REHEARING*

IT IS ORDERED that the petition for rehearing is GRANTED, and the panel's opinion is VACATED. IT IS FURTHER ORDERED that the parties supplement the record with a transcript of Macias's 1998 deportation hearing.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Martin MACIAS–CRUZ, Defendant– Appellant.**

No. 03–20305.

United States Court of Appeals, Fifth Circuit.

Jan. 7, 2004.

**Robert L. WHITT, Plaintiff–Appellant,**

v.

**Karen MOOREHEAD, Mail Supervisor at Delta Correctional Facility; Randy Powell, Officer, Defendants–Appellees.**

No. 03–60251.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 8, 2004.